IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 : : : E.D.Pa. ACTION NOS.: : 23-md-3074 : 2:23-cv-2293 : 2:23-cv-2294 |

## ORDER

**AND NOW**, this 5th day of July 2023, upon considering Plaintiffs' attached Notice (ECF Doc. No. 30) consistent with our June 20, 2023 and July 5, 2023 Orders (ECF Doc. Nos. 4, 29), it is **ORDERED** Plaintiffs' Motion to stay (23-cv-2293, ECF Doc. No. 19) and Motion to stay (22-cv-2294, ECF Doc. No. 11) are **DENIED as withdrawn**.

KEARNEY, J.