IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : : : : : : : : : : : : : | MDL 3074<br><br>E.D.Pa. ACTION NOS.:<br>23-md-3074<br>22-cv-4709<br>23-cv-2282<br>23-cv-2287<br>23-cv-2293<br>23-cv-2294<br>23-cv-2295<br>23-cv-2306<br>23-cv-2338 |

## ORDER

**AND NOW**, this 25th day of July 2023, following today's initial pretrial conference where counsel consented to the entry of an Order under Federal Rule of Evidence 502(d), it is **ORDERED** a party's disclosure in this litigation of a communication or information covered by the attorney-client privilege or entitled to work-product protection does not constitute a waiver of such privilege or protection either in this litigation or in any other federal or state proceeding.

_____
KEARNEY, J.